```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  NOV 1 4 2012

           CENTRAL DISTRICT OF CALIFORNIA
           EASTERN DIVISION        BY DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST,<br><br>Plaintiffs,<br>v.<br><br>CROWN STEEL, INC., a California corporation,<br><br>Defendant. | Case No. CV12-02175 GAF (OPx)<br><br>[PROPOSED] ORDER ON STIPULATION TO PROTECT CONFIDENTIAL INFORMATION<br><br>Note changes on page 4 line 2<br><br>Complaint filed: March 14, 2012<br>Trial Date: March 5, 2013 |

KKF/cl/0925.128(AA).wpd

[Proposed] Order on Stipulation to Protect Confidential Information     Case No. CV12-02175 GAF (OPx)

1  IT IS SO ORDERED that pursuant to the Stipulation To Protect Confidential
2  Information entered into by parties and filed with this Court on October 26, 2012
3  that the following Protective Order is entered as follows:
4      1.  In connection with discovery proceedings in this action, the parties
5  may designate any document, thing, material, testimony or other information
6  derived therefrom, as "Confidential" under the terms of this Stipulation.
7      By designating a document, thing, material, testimony or other
8  information derived therefrom as "confidential," under the terms of this Stipulation,
9  the party making the designation is certifying to the Court that there is a good faith
10 basis both in law and in fact for the designation with the meaning of Federal Rule
11 of Civil Procedure 26(g), or good cause to believe that the dissemination of the
12 information or documents could result in harm to the parties.
13     2.  Confidential documents shall be so designated by stamping copies of
14 the document produced to a party with the legend "CONFIDENTIAL." Stamping
15 the legend "CONFIDENTIAL" on the cover of any multi-page document shall
16 designate all pages of the document as confidential, unless otherwise indicated by
17 the producing party.
18     3.  Testimony taken at deposition, conference, hearing or trial may be
19 designated as confidential by making a statement to that effect on the record at the
20 deposition or other proceeding. Arrangements shall be made with the court reporter
21 taking and transcribing such proceeding to separately bind such portions of the
22 transcript containing information designated as confidential, and to label such
23 portions appropriately.
24     4.  Material designated as confidential under this Stipulation, the
25 information contained therein, and any summaries, copies, abstracts, or other
26 documents derived in whole or in part from material designated as confidential
27 (hereinafter "Confidential Material") shall be used only for the purpose of the
28 prosecution, defense, or settlement of this action, and for no other purpose.

5. Confidential Material produced pursuant to this Stipulation may be disclosed or made available only to the Court, to counsel for a party (including the paralegal, clerical, and secretarial staff employed by such counsel), and to the "qualified persons" designed below:

    (a) a party, or an officer, director, or employee of the party deemed necessary by counsel to aid in the prosecution, defense, or settlement of this action;

    (b) Provided that the party seeking to disclose the Confidential Material: (1) gives the party whom has designated it as Confidential 10 days prior written notice of their intent to disclose the Confidential Material (hereinafter "Written Notice"); (2) identifies within that Written Notice what Confidential Information is going to be disclosed; and (3) the person to whom disclosure of the Confidential Information is made agrees to the terms of this stipulation, in writing, the Confidential Information may then be disclosed to: (i) experts or consultants (together with their clerical staff) retained by such counsel to assist in the prosecution, defense, or settlement of this action; (ii) Court reporter(s) employed in this action; or (iii) a witness at any deposition or other proceeding in this action; and (iv) any other person as to whom the parties in writing agree.

6. The parties may make photocopies of documents subject to this Stipulation for internal use and for use as part of the filings with the Court and during depositions.

7. Nothing herein shall impose any restrictions on the use or disclosure by a party of material obtained by such party independent of discovery in this action, whether or not such material is also obtained through discovery in this action.

8. Nothing in this Stipulation shall prevent counsel for the parties from referencing in support of an oral or written legal arguments, documents or deposition testimony designated as "Confidential" pursuant to this Order, provide that such reference do not contain quoted material from such confidential materials

1 and, if such confidential materials are submitted to the Court, orally or in writing,
2 such submission is made under Court seal pursuant to Local Rule 79-5.

3     9.    Nothing in this Stipulation shall prevent any party from using any
4 confidential information, regardless of how designated, in connection with other
5 discovery proceedings in this action, such as depositions, document requests,
6 requests for admission or interrogatories, provided that the proceedings in which
7 such confidential information is used shall involve third parties to this litigation and
8 are treated as "Confidential" under the terms of this Stipulation and Order.

9     10.    In the event that any Confidential Material is used in any court
10 proceeding in this action, it shall not lose its confidential status through such use,
11 and the party using such shall take all reasonable steps to maintain its
12 confidentiality during such use.

13     11.    Any acquiescence by the other party in a designation of information as
14 "Confidential" shall not operate as a waiver of that party's right to subsequently
15 dispute the appropriateness of such designation.

16     12.    This Stipulation is entered solely for the purpose of facilitating the
17 exchange of documents and information between the parties to this action without
18 involving the Court unnecessarily in the process. Nothing in this Stipulation nor the
19 production of any information or document under the terms of this Stipulation nor
20 any proceeding pursuant to this Stipulation shall be deemed to have the effect of an
21 admission or waiver by either party or of altering the confidentiality or non-
22 confidentiality of any such documents or information or altering any existing
23 obligation of any party or the absence thereof.

24     13.    Within thirty (30) days of the final termination of this proceeding, each
25 receiving party shall either destroy or return to each producing party all materials
26 which have been designated by the producing party as "Confidential" pursuant to
27 this Stipulation and shall destroy all copies, digests, or summaries which have been
28 made of, or prepared from, such documents, and upon request shall provide the

1  other party with a certification attesting to such destruction.

2  14. This Stipulation may be modified by further order of the Court or by agreement of counsel of the parties, subject to the approval of the Court, provided that any such agreement is memorialized in the form of a stipulation that shall be field with the Court and made a part of the record in this case. The parties reserve their right to apply to the court for an order modifying this Stipulation or seeking further protection.

DATED: 11/14/12

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE