JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD WELFARE PLAN; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKER VACATION TRUST FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND; BOARD OF TRUSTEES OF THE CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY FUND; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST; BOARD OF TRUSTEES OF THE CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST FUND; BOARD OF TRUSTEES OF THE IRONWORKERS WORKERS' COMPENSATION TRUST; and BOARD OF TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, <br><br>            Plaintiffs, <br>      v. <br><br> CROWN STEEL, INC., a California corporation, <br><br>            Defendant. | Case No. CV12-02175 GAF (OPX) <br><br><br><br> ORDER ON STIPULATED DISMISSAL <br><br><br><br><br><br><br><br> Judge: Gary A. Feess <br><br> Complaint filed: March 14, 2012 <br> Pre-trial Conference: May 6, 2013 <br> Trial Date: June 4, 2013 |

KKF/cl/0925.128(EE).wpd

Order on Stipulated Dismissal                                    Case No.  CV12-02175 GAF (OPx)

1  **IT IS ORDERED** that the above-captioned matter is DISMISSED with
2  prejudice pursuant to the Stipulation for Dismissal entered into by the parties and
3  filed with the Court on November 30, 2012.
4
5
6  Date: December 4, 2012
7  　　　　　　　　　　　　　　　　　　　HONORABLE GARY A. FEESS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

Order on Stipulated Dismissal　　　　　　　　　　　　　　　　Case No.  CV12-02175 GAF (OPx)